**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 5:24-CR-42 (MTT)** |
| | ) | |
| **JOSHUA JAMES YORK,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term.  Doc. 21.  The defendant was indicted on August 14, 2024, and had his arraignment in this Court on October 21, 2024.  Docs. 1; 12.  No prior continuances have been granted.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow additional time for defense counsel to review discovery and begin defense investigations.  Doc. 21 at 2.  The government does not oppose the motion.  *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 21) is **GRANTED**.  The case is continued from the December term until the Court's next trial term presently scheduled for **January 13, 2025**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 5th day of November, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT